UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARCUS JONES,**

    **Plaintiff,**

v.                                           Case No. 5:18cv211-TKW-MJF

**JOSEPH MEEKS,**

    **Defendant.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 37). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that a default judgment for nominal damages and costs should be entered in favor of Plaintiff on his §1983 First Amendment individual-capacity claims. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's motion for default judgment (Doc. 32) is **GRANTED in part**, and the Clerk is directed to enter judgment in favor of Plaintiff and against Defendant stating: "Plaintiff, Marcus Jones, shall recover

from Defendant, Joseph Meeks, $1.00 in nominal damages and $350.00 in costs on the First Amendment individual-capacity claim under 42 U.S.C. §1983 in the second amended complaint."

3. The motion is **DENIED** in all other respects, and the RLUIPA and official-capacity claims against Defendant are **DISMISSED with prejudice**.

4. The Clerk shall close the file after entering the judgment.

**DONE and ORDERED** this 5th day of October, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**